**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 406 MAL 2016
:
           Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
:
PAUL NELSON HANSEN, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.